1  **CARL K. OSBORNE**
   STATE BAR NO. 42340
2  LAW OFFICES OF CARL K. OSBORNE
   2141 Rosecrans Ave., Suite 1130
3  El Segundo, CA 90245
   PH: (310) 414-9332
4  FX: (310) 414-9334

5  Attorney for Defendant
   **MICHELLE CHAU NGOC LE**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-05-0542 GEB |
| Plaintiff, | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| THO LE, aka DAVE, TRI HUU BUI, TUNG THANH HUYNH, MICHELLE CHAU NGOC LE, NAM GIA PHAMTRAN, | Place: Courtroom 10<br>BEFORE: Judge Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff, the UNITED STATES OF AMERICA, and defendant MICHELLE CHAU NGOC LE, through her counsel of record that:

1. Defendant, Michelle Chau Ngoc Le be permitted to leave the jurisdiction of the Central District in order to travel with her family to Las Vegas, Nevada, from December 28, 2007, to January 3, 2008, for a period of three (3) days;

2. Defendant, Michelle Chau Ngoc Le, upon arriving in Las Vegas, Nevada shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's location of residence and telephone number in Las Vegas; and

3. Defendant, Michelle Chau Ngoc Le, upon returning to her place of residence in

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\PERMISSION.TRAVEL.003.wpd  1
STIPULATION RE; PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION

the Central District shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's return from Las Vegas, Nevada..

Dated: December 17, 2007        /s/ CARL K. OSBORNE
                                CARL K. OSBORNE
                                Attorney for Defendant,
                                MICHELLE CHAU NGOC LE


Dated: December 17, 2007        /s/ MATTHEW W. STEGMAN
                                MATTHEW W. STEGMAN
                                Assistant Untied States Attorney for
                                Plaintiff, UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**

Dated: December 18, 2007

                                GARLAND E. BURRELL, JR.
                                United States District Judge