**CARL K. OSBORNE**
STATE BAR NO. 42340
LAW OFFICES OF CARL K. OSBORNE
2141 Rosecrans Ave., Suite 1130
El Segundo, CA 90245
PH: (310) 414-9332
FX: (310) 414-9334

Attorney for Defendant
**MICHELLE CHAU NGOC LE**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.  CR S-05-0542 GEB |
| ) | |
| Plaintiff,  ) | STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON |
| ) | |
| vs.  ) | |
| ) | |
| THO LE, aka DAVE, TRI HUU BUI, TUNG  ) THANH HUYNH, MICHELLE CHAU NGOC  ) LE, NAM GIA PHAMTRAN,  ) | Place: Courtroom 10
BEFORE: Judge Garland E. Burrell, Jr. |
| ) | |
| Defendants.  ) | |

IT IS HEREBY STIPULATED, by and between plaintiff, the UNITED STATES OF AMERICA, and defendant MICHELLE CHAU NGOC LE, through her counsel of record that:

1. Defendant, Michelle Chau Ngoc Le be permitted to leave the jurisdiction of the Central District in order to travel with her family to Las Vegas, Nevada, from February 8, 2008, to February 10, 2008, for a period of three (3) days;

2. Defendant, Michelle Chau Ngoc Le, upon arriving in Las Vegas, Nevada shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's location of residence and telephone number in Las Vegas; and

3. Defendant, Michelle Chau Ngoc Le, upon returning to her place of residence in

the Central District shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's return from Las Vegas, Nevada..

Dated: January 22, 2008         /s/ CARL K. OSBORNE
                                CARL K. OSBORNE
                                Attorney for Defendant,
                                MICHELLE CHAU NGOC LE


Dated: January 22, 2008         /s/ MATTHEW W. STEGMAN
                                MATTHEW W. STEGMAN
                                Assistant Untied States Attorney for
                                Plaintiff, UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**

Dated:  January 23, 2008

                                GARLAND E. BURRELL, JR.
                                United States District Judge