I. MARK BLEDSTEIN, ESQ., SBN: 47482
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
MICHELLE CHAU NGOC LE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:05-CR-542-GEB |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SENTENCING DATE** |
| MICHELLE CHAU NGOC LE, | ) |
| Defendant, | ) |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, Assistant United States Attorney Matthew Stegman and Defendant MICHELLE CHAU NGOC LE, by and through her attorney, I. Mark Bledstein, hereby stipulate as follows:

Defendant MICHELLE CHAU NGOC LE is currently set for sentencing on February 4, 2011. By this stipulation, defense moves to continue the sentencing date from February 4, 2011 at 9:00 A.M. to April 8, 2011 at 9:00 A.M.

//

//

- 1 -

1  Counsel for defendant MICHELLE CHAU NGOC LE requests additional time to set
2  up safety valve meeting and time to prepare and file sentencing papers after the safety-valve
3  proffer is conducted.
4  Further, Counsel is engaged in trial starting Monday, January 24, 2011 in the matter of
5  **_People v. Andres Frias, Case No. BA357016._**
6  Based on the above, defense stipulate and request to continue sentencing date from
7  February 4, 2011 to April 8, 2011 at 9:00 A.M.
8  IT IS SO STIPULATED.

Dated: January 31, 2011

Respectfully submitted,

*/s/* I. Mark Bledstein
_____

I. MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAU NGOC LE


Dated: January 31, 2011

MCGREGOR W. SCOTT
United States Attorney


*/s/* I. Mark Bledstein for
_____

MATTHEW C. STEGMAN
Assistant United States Attorney
Attorney's for Plaintiff
United States of America

**ORDER**

IT IS SO ORDERED:

**Date:  1/31/2011**

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge