I. MARK BLEDSTEIN, ESQ., SBN: 47482
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
MICHELLE CHAU NGOC LE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:05-CR-542-GEB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** ) **CONTINUE SENTENCING DATE** |
| MICHELLE CHAU NGOC LE, | ) |
| Defendant, | ) |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, Assistant United States Attorney Matthew Stegman and Defendant MICHELLE CHAU NGOC LE, by and through her attorney, I. Mark Bledstein, hereby stipulate as follows:

Defendant MICHELLE CHAU NGOC LE is currently set for sentencing on April 8, 2011. By this stipulation, defense moves to continue the sentencing date from April 8, 2011 at 9:00 A.M. to May 20, 2011 at 9:00 A.M.

//

//

- 1 -

Counsel for defendant MICHELLE CHAU NGOC LE will be setting up a safety valve meeting with the government for Defendant LE in the upcoming weeks.  Upon determination of defendant's eligibility for a safety valve, counsel will adequately be able to file any objections to the government's position.

Due to the anticipation of a safety valve meeting, it would be unreasonable to expect adequate preparation of defendant's sentencing position within the current time limit set on April 8, 2011.  A continuance to May 20, 2011 should provide sufficient time to complete the safety valve meeting and prepare and file sentencing papers after the safety-valve proffer is conducted.

Based on the above, defense stipulate and request to continue sentencing date from April 8, 2011 to May 20, 2011 at 9:00 A.M.

IT IS SO STIPULATED.

Dated: March 28, 2011

Respectfully submitted,

*/s/* I. Mark Bledstein

_____
I. MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAU NGOC LE

1  Dated: March 28, 2011

MCGREGOR W. SCOTT
United States Attorney

*/s/* I. Mark Bledstein for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney
Attorney's for Plaintiff
United States of America

**ORDER**

IT IS SO ORDERED:

**Date: 3/30/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 4 -