I. MARK BLEDSTEIN, ESQ., SBN: 47482
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
MICHELLE CHAU NGOC LE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:05-CR-542-GEB |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SURRENDER DATE** |
| MICHELLE CHAU NGOC LE, | ) |
| Defendant, | ) |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, Assistant United States Attorney Matthew Stegman and Defendant MICHELLE CHAU NGOC LE, by and through his attorney I. Mark Bledstein, hereby stipulate as follows:

Defendant MICHELLE CHAU NGOC LE is currently set to surrender on June 24, 2011. By this stipulation, the parties jointly move to continue the surrender date from June 24, 2011 at 2:00 P.M. to August 5, 2011 at 2:00 P.M.

Defendant Michelle Le requests a six week continuance in order to get her financial affairs in order, await the return of her son's caretakers from a vacation, and complete the lease transfer to her vehicle before surrendering.  Further, she has been experiencing pain, flare up of

her intestines, and certain complications with her liver recently and will be seeing a hematologist and a liver specialist in the near future.  She would like to resolve these issues prior to surrender.

Based on the above, the parties stipulate and request to continue the surrender date from June 24, 2011 to August 5, 2011 at 2:00 P.M.

IT IS SO STIPULATED.

Dated: June 16, 2011

Respectfully Submitted,

BENJAMIN WAGNER
United States Attorney

*/s/* Matthew Stegman

MATTHEW C. STEGMAN
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Dated: June 16, 2011

*/s/* I. Mark Bledstein

I. MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAU NGOC LE

**ORDER**

IT IS SO ORDERED.

**Date: 6/20/2011**

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge