1  I. MARK BLEDSTEIN, ESQ., SBN: 47482
   15915 Ventura Blvd., Suite 203
2  Encino, California 91436
   Tel: (818)995-0801
3  Fax: (818)981-6098
   E-mail: imblaw@pacbell.net
4

5  Attorney for Defendant
   MICHELLE CHAU NGOC LE
6

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:05-CR-542-GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SURRENDER DATE** |
| MICHELLE CHAU NGOC LE, | ) |
| Defendant, | ) |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, Assistant United States Attorney Matthew Stegman and Defendant MICHELLE CHAU NGOC LE, by and through his attorney I. Mark Bledstein, hereby stipulate as follows:

Defendant MICHELLE CHAU NGOC LE is currently set to surrender on June 24, 2011. By this stipulation, the parties jointly move to continue the surrender date from June 24, 2011 at 2:00 P.M. to August 5, 2011 at 2:00 P.M.

Defendant Michelle Le requests a six week continuance in order to get her financial affairs in order, await the return of her son's caretakers from a vacation, and complete the lease transfer to her vehicle before surrendering.  Further, she has been experiencing pain, flare up of

her intestines, and certain complications with her liver recently and will be seeing a hematologist and a liver specialist in the near future.  She would like to resolve these issues prior to surrender.

Based on the above, the parties stipulate and request to continue the surrender date from June 24, 2011 to August 5, 2011 at 2:00 P.M.

IT IS SO STIPULATED.

Dated: June 16, 2011

                Respectfully Submitted,

                BENJAMIN WAGNER
                United States Attorney

                */s/* Matthew Stegman
                _____

                MATTHEW C. STEGMAN
                Assistant United States Attorney
                Attorney for Plaintiff
                United States of America

Dated: June 16, 2011

                */s/* I. Mark Bledstein
                _____

                I. MARK BLEDSTEIN
                Attorney for Defendant
                MICHELLE CHAU NGOC LE

**ORDER**

IT IS SO ORDERED.

**Date:** <u>6/20/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge